UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o MARK FOODS, INC.,

      Plaintiff,

  - against –

ORIENT OVERSEAS CONTAINER LINE, LTD,

      Defendant.
-----------------------------------------------------------------X

2012 Civ. 7865 (AKH)

**NOTICE OF VOLUNTARY
DISCONTINUANCE**

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      January 9, 2013
      115-1238

                                      Respectfully submitted,

                                      CASEY & BARNETT, LLC
                                      Attorneys for Plaintiff

                  By: _____
                          Martin F. Casey
                          65 West 36th Street, 9th Floor
                          New York, New York 10018
                          (212) 286-0225